FILED AE

NOV 2 6 2007 NF

NOV 26 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DISABLED PATRIOTS OF AMERICA, INC., a
Florida Non Profit Corporation, and BONNIE
KRAMER, Individually,

        Plaintiffs,

vs.

ARUN ENTERPRISES INC., a New Jersey
Corporation,

        Defendant.

07CV 6610
JUDGE COAR
MAGISTRATE JUDGE SCHENKIER

### FED.R.CIV.P. 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT

PURSUANT TO Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, and by and through counsel, Plaintiff, DISABLED PATRIOTS OF AMERICA, INC., hereby represents that it has no corporate or other parents, subsidiaries, or affiliates, securities or other interests which are publicly-held.

Respectfully Submitted,

Thomas B. Bacon, Esquire
FULLER, FULLER & ASSOCIATES, P.A.
Co-Counsel for Plaintiffs
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
(305) 891-5199
(305) 893-9505 - Facsimile

By: _____
    Thomas B. Bacon, Esquire
    IL Bar No. 139262

Date: 11/13/07

Jerome G. Silbert, Esquire
JEROME G. SILBERT ATTORNEY AT LAW
Co-Counsel for Plaintiffs
10 S Riverside Plaza, Suite 1020
Chicago, IL 60606
(312) 207-0181
(312) 207-1332 - Facsimile

By: _____
    Jerome G. Silbert, Esquire
    IL Bar No. 13600

Date: 11/14/07