## United States District Court for the Northern District of Illinois

Case Number: 07CV6610    Assigned/Issued By: NF

Judge Name: COAR    Designated Magistrate Judge: SCHENKIER

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00    Receipt #: 10342159

Date Payment Rec'd: 11/26/7    Fiscal Clerk: NF

### ISSUANCES

[✓] Summons    [ ] Alias Summons

[ ] Third Party Summons    [ ] Lis Pendens

[ ] Non Wage Garnishment Summons    [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons

_____
_____
(Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
        (Type of Writ)

  1  Original and  1  copies on  11/26/7  as to  DEF _____
                                  (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05