AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS



RECEIVED
DEC 17 2007
By 3896-IL

DISABLED PATRIOTS OF AMERICA, INC., a
Florida Non Profit Corporation, and
BONNIE KRAMER, Individually,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **07C 6610**

V.

ASSIGNED JUDGE: **JUDGE COAR**

ARUN ENTERPRISES INC., a New Jersey
Corporation,

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE SCHENKIER**

REC'D 11/26/2007
SERVED ARUN ENTERPRISES - Komal PATEL
DATE 12/3/2007
TIME 1:40 P.M.
P.S. Roger C. Regalado  [signature]

TO: (Name and address of Defendant)

ARUN ENTERPRISES INC.
c/o Sandip Patel, Registered Agent
15946 Harlem Ave.
Tinley Park, IL 60477

CERTIFIED IN THE CIRCUIT
COURT OF [illegible]

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John P. Fuller, Esquire
Thomas B. Bacon Esquire
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
N. Miami, FL 33181
(305) 891-5199

Jerome G. Silbert, Esquire
Law Office of Jerome G. Silbert
10 S. Riverside Plaza, Suite 1020
Chicago, IL 60606
(312) 207-0181

[stamp sideways: CAPLAN & CAPLAN, 172 W FLAGLER ST #320, MIAMI, FL 33130]

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**RECEIVED**

MICHAEL W. DOBBINS, CLERK

NOV 26 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
DATE

_____
(By) DEPUTY CLERK

"3-83"
Lakeside

34981 ab



## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Illinois

Case Number _____

PLAINTIFF
**Disabled Patriots of America, Inc., et al.,**

vs.

DEFENDENT
**Arun Enterprises, Inc.,**

Received by Caplan & Caplan Process on the 26th day of November, 2007 at 8:59 am to be served on **Arun Enterprises, Inc. R/A Sandip Patel, 15946 Harlem Avenue, Tinley Park, IL 60477**.

I, Robert C. Regalado - Process Server, being duly sworn, depose and say that on the **3rd day of December, 2007** at **1:40 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; DISCLOSURE STATEMENT; COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Komal Patel** as **Manager** for **Arun Enterprises, Inc.**, at the address of: **15946 Harlem Avenue, Tinley Park, IL 60477**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: East Indian, Height: 5'4", Weight: 120, Hair: Black, Glasses N

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the county in which the process was served.

OFFICIAL SEAL
THOMAS F DOLAN III
NOTARY PUBLIC  STATE OF ILLINOIS
MY COMMISSION EXPIRES 05/12/09

Robert C. Regalado - Process Server

Subscribed and Sworn to before me on the 4th day of December, 2007 by the affiant who is personally known to me

NOTARY PUBLIC

Caplan & Caplan Process
172 W. Flagler St.
#320
Miami, FL 33130
(800) 368-7762
Our Job Serial Number: 2007003083
Ref: 34981 ab

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c