**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Disabled Patriots of America, Inc., et al.
                                   Plaintiff,

v.                                              Case No.: 1:07−cv−06610
                                                      Honorable David H. Coar

ARUN Enterprises, Inc.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 7, 2008:

      MINUTE entry before Judge David H. Coar :e Judge David H. Coar : The Rule 16(b) Scheduling Conference is reset for 3/20/2008 at 09:00 AM. The date of 3/12/2008 is stricken and no one should appear on 3/12/2008. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.