## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Date:  04/01/08                          Case No. 07-CV-6610

Case Title:                              Judge:   Coar
      Disabled Patriots etc V. AUN

## NOTICE OF CORRECTION

**The following error was found in document no.**  13

- ☐ The document has been filed in the incorrect case.
- ☐ The document is filed in the correct case, but the case number and case title do not match.
- ☐ The incorrect document (PDF file) was linked to the entry
- ☐ The incorrect file date was entered.
- ☐ The incorrect type of event was used to describe the document.
- ☐ The title of the document does not match the text of the entry.
- ☐ The entry is a duplicate of entry no.
- ☑ Other:
        Docket entry is a request to issue summons to ANU Ent.

**Corrective action taken by the Clerk:**

- ☑ The text of the entry has been edited and the PDF file has been replaced.
- ☐ The following notation has been added to the text  of the entry: (*Linked document has the incorrect case title or linked document has the incorrect case number.*)
- ☐ The correct document (PDF file) has been linked to the entry.
- ☐ The file date  has been corrected.
- ☐ The text of the entry has been edited.
- ☐ The text of the entry has been edited to read "Duplicate filing of document number."
- ☐ Other:

**Corrective action required by the filer:**
- ☐ The document must be refiled.
- ☑ Other: Counsel to email  ND IL Service Center & request issuance of summons.

Michael W. Dobbins, Clerk of Court

By:    s/ Angela Revis
          Deputy Clerk