# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6610 | **DATE** | 4/22/2008 |
| **CASE TITLE** | Disabled Patriots of America, Inc., et al vs. ANU Enterprise, Inc. | | |

**DOCKET ENTRY TEXT**

This matter came before the Court for a Scheduling Conference on 4/22/2008, no one appeared. This action is dismissed for want of prosecution. Civil case terminated
/s/David H. Coar
David H. Coar, U.S. District Judge `

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|