UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DISABLED PATRIOTS OF AMERICA, INC., a : 
Florida Non Profit Corporation, and BONNIE : 
KRAMER, Individually, : 
: 
Plaintiffs, : Case No. 1:07-cv-6610
: 
v. : Judge David H. Coar
: Magistrate Judge Sidney I. Schenkier
ANU ENTERPRISES INC., An Illinois : 
Corporation, : 
: 
Defendant. : 
_____/ :

## NOTICE OF MOTION

To:


All parties of record


     PLEASE TAKE NOTICE that on Monday May 12, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Coar, in Room 1419 or courtroom 1478, usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge of the United States District Court for the Northern District of Illinois Eastern Division, as may be sitting in her place and stead, and will then and there present the following **PLAINTIFFS' MOTION FOR RELIEF FROM JUDGMENT**, a copy of which is attached hereby served upon you.

Respectfully submitted:

By: /s/ Thomas B. Bacon

Thomas B. Bacon, Esq.
Attorney-At-Law
1515 Grant Street
Hollywood, FL 33020
ph. (954) 925-6488
fax (954) 237-5506
baconlaw@bellsouth.net

and

Jerome G. Silbert, Esquire
JEROME G. SILBERT, ATTORNEY AT LAW
Co-Counsel for Plaintiffs
10 S. Riverside Dr., Suite 1020
Chicago, IL 60606
(312) 207-0181
(312) 207-1332 - Facsimile

### Certificate of Service

I hereby certify that a copy of the foregoing was served upon all parties of record referenced above via the Court's CM/ECF system this 29th day of April, 2008.

By: /s/ Thomas B. Bacon
Thomas B. Bacon, Esq.