UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DISABLED PATRIOTS OF AMERICA, INC., a : 
Florida Non Profit Corporation, and BONNIE :
KRAMER, Individually, :
:
      Plaintiffs, : Case No. 1:07-cv-6610
:
v. : Judge David H. Coar
: Magistrate Judge Sidney I. Schenkier
ANU ENTERPRISES INC., An Illinois :
Corporation, :
:
      Defendant. :
_____/ :

## ORDER

Upon consideration of Plaintiffs' Motion For Relief From Judgment dismissing this case for want of prosecution, and it appearing there is good cause for the same, it is hereby ORDERED that said Motion is GRANTED and the Order dismissing this case for want of prosecution [DE 16] is hereby vacated.

Done and Ordered in Chambers, Chicago Illinois, this _____ day of _____, 2008.

                                                                        _____
                                                                        United States District Judge