## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6610 | **DATE** | 5/7/2008 |
| **CASE TITLE** | Disabled Patriots of America, Inc., et al  vs. ANU Enterprises, INc. | | |

**DOCKET ENTRY TEXT**

MOTION  [18] by Plaintiffs for relief from judgment is Granted.  The order dismissing this action [16]  is vacated.  This action is reopened.  Status hearing set for May 29, 2008 at 9:00 a.m. in courtroom #1419. Parties need not appear on the noticed motion date of 5/12/2008.

/s/David H. Coar

David H. Coar, U.S. District Judge

Docketing to mail notices.

| Courtroom Deputy Initials: | PAMF |
|---|---|