**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 07-cv-6610 |
| **DISABLED PATRIOTS OF AMERICA, INC.**, a Florida Non Profit Corporation, and **BONNIE KRAMER**, Individually, | Judge David H Coar |
| | Magistrate Judge Sidney I. Schenkier |
| Plaintiffs, | |
| v. | |
| **ANU ENTERPRISES, INC.**, an Illinois Corporation, | |
| Defendant. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**ANU ENTERPRISES, INC.**, an Illinois Corporation

| | |
|---|---|
| NAME (Type or print) | John B. Wolf |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ John B. Wolf |
| FIRM | REGAS, FREZADOS & DALLAS, LLP |
| STREET ADDRESS | 111 WEST WASHINGTON ST., SUITE 1525 |
| CITY/STATE/ZIP | CHICAGO, ILLINOIS 60602 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6287700 | TELEPHONE NUMBER 312/236-4400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO X |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

## SERVICE OF DOCUMENTS BY ELECTRONIC MEANS

The undersigned hereby certifies that on May 21, 2008 he caused the foregoing document to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, by using its Electronic Case Filing System which will send a Notice of Electronic Filing to the following Filing Users:

**John B. Wolf**

**Thomas B. Bacon**

**Jerome G. Silbert**

The undersigned also certifies that on the above date he caused the foregoing document to be mailed by United States Postal Service to the following non-Filing Users:

Not Applicable

By:  s/ John B. Wolf  
Regas, Frezados & Dallas, LLP  
Attorney for Defendant  
111 W. Washington St., Suite 1525  
Chicago, Illinois 60602  
Phone: (312) 236-4400  
Fax: (312) 236-1129  
Email: jwolf@rfd-law.com