IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DISABLED PATRIOTS OF AMERICA, INC., a Florida Non Profit Corporation, And BONNIE KRAMER, Individually, <br><br> Plaintiffs, <br><br> v. <br><br> ANU ENTERPRISES INC., an Illinois Corporation, <br><br> Defendant. | Case No. 1:07-cv-6610 <br><br> Judge David H. Coar <br><br> Magistrate Judge Sidney I. Schenkier |

**DEFENDANT'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant ANU ENTERPRISES INC. states the following:

ANU ENTERPRISES INC. is not a publicly traded company.

No publicly traded corporation owns 10% or more of the stock of ANU ENTERPRISES INC.

Dated: May 21, 2008

                                          ANU ENTERPRISES INC.

                                          By:   s/ John B. Wolf (6287700)
                                          Regas, Frezados & Dallas, LLP
                                          Attorney for Defendant
                                          111 W. Washington St., Suite 1525
                                          Chicago, Illinois 60602

John B. Wolf (ARDC No. 6287700)
William D. Dallas (ARDC No. 618678)
Regas, Frezados & Dallas, LLP
Attorney for Defendant
111 W. Washington St., Suite 1525
Chicago, Illinois 60602
Phone (312) 236-4400

## SERVICE OF DOCUMENTS BY ELECTRONIC MEANS

The undersigned hereby certifies that on May 21, 2008 he caused the foregoing document to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, by using its Electronic Case Filing System which will send a Notice of Electronic Filing to the following Filing Users:

**John B. Wolf**

**Thomas B. Bacon**

**Jerome G. Silbert**

The undersigned also certifies that on the above date he caused the foregoing document to be mailed by United States Postal Service to the following non-Filing Users:

Not Applicable

By: s/ John B. Wolf
Regas, Frezados & Dallas, LLP
Attorney for Defendant
111 W. Washington St., Suite 1525
Chicago, Illinois 60602
Phone: (312) 236-4400
Fax: (312) 236-1129
Email: jwolf@rfd-law.com