### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DISABLED PATRIOTS OF AMERICA, INC., a Florida Non Profit Corporation, And BONNIE KRAMER, Individually, | )<br>)<br>) |
| Plaintiffs, | )  Case No. 1:07-cv-6610<br>)<br>)  Judge David H. Coar |
| v. | )<br>)  Magistrate Judge Sidney I. Schenkier |
| ANU ENTERPRISES INC., an Illinois Corporation, | )<br>)<br>) |
| Defendant. | ) |

### MOTION FOR ENLARGEMENT OF TIME TO
### RESPOND TO FIRST AMENDED COMPLAINT AND FILE AN APPEARANCE

ANU ENTERPRISES INC. (herein "Defendant"), requests this Court pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an enlargement time to file an Appearance and a responsive pleading to the Plaintiffs' Amended Complaint. In support thereof, Defendant states as follows:

1.  On March 26, 2008, Plaintiffs' filed their Amended Complaint.

2.  On April 17, 2008, on information and belief, a Summons was served upon Jeffrey W. Horwitz at 150 North Michigan Avenue, Suite 2700, Chicago, Illinois 60601, the Registered Agent of record for ANU ENTERPRISES, INC.

3.  This office was recently retained by Defendant and did not receive a copy of the Summons and Amended Complaint, or any notice of the filed action, until May 19, 2008 when Jeffrey W. Horwitz sent the documents to our office.

4.  Defendant requires an additional 28 days to answer or otherwise plead so it may investigate the facts and matters raised in Plaintiffs' Amended Complaint.

1

5. The Appearance of John B. Wolf, Esq., of the law firm Regas, Frezados & Dallas, LLP, and the Defendant's Rule 7.1 Disclosure Statement are filed along with the instant motion.

Wherefore Defendant, ANU ENTERPRISES INC, requests that this Court grant its request for an additional 28 days for the filing of its Appearance and responsive pleading to the Plaintiffs' Amended Complaint, and for such further and other relief as this Court deems equitable and just.

Dated: May 21, 2008

ANU ENTERPRISES INC.

By:   s/ John B. Wolf (6287700)
Regas, Frezados & Dallas, LLP
Attorney for Defendant
111 W. Washington St., Suite 1525
Chicago, Illinois 60602

John B. Wolf (ARDC No. 6287700)
William D. Dallas (ARDC No. 618678)
Regas, Frezados & Dallas, LLP
Attorney for Defendant
111 W. Washington St., Suite 1525
Chicago, Illinois 60602
Phone (312) 236-4400

**SERVICE OF DOCUMENTS BY ELECTRONIC MEANS**

The undersigned hereby certifies that on May 21, 2008 he caused the foregoing document to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, by using its Electronic Case Filing System which will send a Notice of Electronic Filing to the following Filing Users:

**John B. Wolf**

**Thomas B. Bacon**

**Jerome G. Silbert**

The undersigned also certifies that on the above date he caused the foregoing document to be mailed by United States Postal Service to the following non-Filing Users:

Not Applicable

                                              By:   s/ John B. Wolf_____
                                              Regas, Frezados & Dallas, LLP
                                              Attorney for Defendant
                                              111 W. Washington St., Suite 1525
                                              Chicago, Illinois 60602
                                              Phone: (312) 236-4400
                                              Fax: (312) 236-1129
                                              Email: jwolf@rfd-law.com