# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DISABLED PATRIOTS OF AMERICA, ) <br> INC., a Florida Non Profit Corporation, ) <br> And BONNIE KRAMER, Individually, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ANU ENTERPRISES INC., an Illinois ) <br> Corporation, ) <br> ) <br> Defendant. ) | Case No. 1:07-cv-6610 <br><br> Judge David H. Coar <br><br> Magistrate Judge Sidney I. Schenkier |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **June 2, 2008, at 9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable David H. Coar, or any Judge sitting in his staid, in courtroom 1419 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present its **Motion for Enlargement of Time to Respond to Amended Complaint and File an Appearance.**

ANU ENTERPRISES INC.

By:   s/ John B. Wolf (6287700)
Regas, Frezados & Dallas, LLP
Attorney for Defendant
111 W. Washington St., Suite 1525
Chicago, Illinois 60602

John B. Wolf (ARDC No. 6287700)
William D. Dallas (ARDC No. 618678)
Regas, Frezados & Dallas, LLP
Attorney for Defendant
111 W. Washington St., Suite 1525
Chicago, Illinois 60602
Phone (312) 236-4400

**SERVICE OF DOCUMENTS BY ELECTRONIC MEANS**

The undersigned hereby certifies that on May 21, 2008 he caused the foregoing document to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, by using its Electronic Case Filing System which will send a Notice of Electronic Filing to the following Filing Users:

**John B. Wolf**

**Thomas B. Bacon**

**Jerome G. Silbert**

The undersigned also certifies that on the above date he caused the foregoing document to be mailed by United States Postal Service to the following non-Filing Users:

Not Applicable

By:  s/ John B. Wolf
Regas, Frezados & Dallas, LLP
Attorney for Defendant
111 W. Washington St., Suite 1525
Chicago, Illinois 60602
Phone: (312) 236-4400
Fax: (312) 236-1129
Email: jwolf@rfd-law.com