# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Disabled Patriots of America, Inc., et al.

                      Plaintiff,

v.                                                   Case No.: 1:07–cv–06610
                                                        Honorable David H. Coar

ANU Enterprises Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 27, 2008:

      MINUTE entry before the Honorable David H. Coar:Document # 21 is not a Motion and is terminated as a motion for disclosure. MOTION by Defendant "ANU Enterprises Inc." for enlargement of time to respond to first amended complaint and file an appearance[22] is granted for an additional 28 days for the filing of its Appearance and responsivepleading to the Plaintiffs' Amended Complaint. Defendants to Answer or plead on or before 6/25/2008. Parties need not appear on the noticed Motion date of 6/2/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.