LAW OFFICES OF
# FULLER, FULLER & ASSOCIATES, P.A.

SUITE 609
12000 BISCAYNE BOULEVARD
NORTH MIAMI, FLORIDA 33181

(305) 891-5199
FAX (305) 893-9505

July 1, 2008

LETTER MOTION

Honorable David H. Coar
U.S. District Court, Northern District of Illinois
Everett McKinley Dirksen Building
219 South Dearborn St., Room 1419
Chicago, IL 60604

    Re:    *Disabled Patriots and Bonnie Kramer v. ANU Enterprises, Inc.*
             *Case No. 1:07-cv-6610*

Dear Judge Coar:

    We request that the Status Conference set for 10:00 a.m. on Thursday, July 17, 2008 be telephonic. We have left a message and sent an e-mail to opposing counsel John Wolf but have not heard back.

                      Respectfully submitted,

                      FULLER, FULLER & ASSOCIATES, P.A.

                      By   /s/ Thomas B. Bacon
                          Thomas B. Bacon
                          *e-mail: TBB@FullerFuller.com*

LAF:jl

Motion to appear telephonically(jl 7-1-08).wpd

S