UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DISABLED PATRIOTS OF AMERICA, INC., a Florida Not-For-Profit Corporation, and BONNIE KRAMER, Individually,<br>Plaintiffs,<br><br>v.<br><br>ARUN ENTERPRISES, INC., a New Jersey Corporation<br>Defendant. | Case No.: 1:07-CV-6610<br><br>Judge James F. Holderman<br>Magistrate Judge Sidney I. Schenkier<br><br>**AFFIDAVIT OF THOMAS BACON RE VENUE** |

THOMAS B. BACON, being duly sworn, hereby deposes and says as follows:

1. I am the attorney for the Plaintiffs in the above captioned action. The property at issue in the instant action is North Park Mall, located at 270 West North Avenue, Villa Park, Illinois 60191-110 in Dupage County, Illinois.

2. This is an action for injunctive relief to remove barriers to access pursuant to the Americans With Disabilities Act, 42 U.S.C. Sections 12181, et seq.

3. Accordingly, venue is proper in the Northern NORTHERN DISTRICT OF ILLINOIS.

          Respectfully submitted,

Thomas B. Bacon, Esq.
FL Bar No. 0139262
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
Tel. (305) 891-5199; Fax (305) 893-9505
Tbb@fullerfuller.com

State of FLORIDA    )
County of MIAMI-DADE  )

    SWORN TO AND SUBSCRIBED before me this 2 day of July, 2008, by Thomas B. Bacon, who is personally known to me.

Notary Public Florida at Large



Alicia S. Lamar-Hepburn
Commission # DD562415
Expires June 11, 2010
Bonded Troy Fain - Insurance, Inc. 800-385-7019