# United States District Court
## Northern District of Illinois

*Magistrate Judge Keys*

In the Matter of

Disabled Patriots of America, Inc.

v.    Case No. 07 C 6610

ANU Enterprises

**TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR
A REASSIGNMENT TO MAGISTRATE JUDGE**

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be reassigned to the calendar of a magistrate judge pursuant to Local Rule 73.1. Parties have consented to the reassignment as indicated on the reverse of this form.

_____
Judge David H. Coar

Dated: July 29, 2008

---

**ORDER OF THE EXECUTIVE COMMITTEE**

IT IS HEREBY ORDERED that the above captioned case be reassigned by lot to a magistrate judge of this Court in accordance with the Rules.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

_____
Chief Judge James F. Holderman

Dated: JUL 3 0 2008

Reassign/Lot Magistrate Judge (Rev. 9/99)

**Parties have consented to have the designated magistrate conduct:**

- ■ any and all proceedings including entry of a final judgment in accordance with Local Rule 73.1(B).
- ☐ specific proceedings pursuant to 28 USC § 636(c). Where such a reassignment is made, the case shall remain on the calendar of the district judge in accordance with Local Rule 73.1(C).

**The content of the consent is specified in the following manner:**

- ■ on the attached form(s).
- ☐ in the pretrial order dated and on file with the Clerk of Court.

Report of Parties' Planning Conference dated 7/1/2008 and on file with the Clerk of the Court