IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
CASE NO.: 1:07-CV-6610

DISABLED PATRIOTS OF AMERICA, INC., a Florida Not-For-Profit Corporation, and BONNIE KRAMER, Individually

        Plaintiffs,

v.

ANU Enterprises, an Illinois Corporation,

        Defendant.

_____/

## AGREED MOTION TO STRIKE STATUS HEARTING

Defendant ANU Enterprises, by and through undersigned counsel, and with the agreement of all counsel, hereby requests this Court to strike the status hearing set for August 27, 2008 at 9:00 a.m., and in support thereof states as follows:

1. This matter is set for status hearing before this Court on August 27, 2008 at 9:00 a.m.

2. The parties have reached an amicable settlement of this matter, and have agreed that there are no matters of further controversy between the parties.

3. Therefore, the parties request his Court to strike the status hearing while the parties finish executing all documents necessary for settlement.

WHEREFORE, all parties pray that this Court strike the status hearing set for August 27, 2008 at 9:00 a.m.

Dated: August 25, 2008

                    Defendant

                    By:   s/ John B. Wolf _____
                    Regas, Frezados & Dallas, LLP
                    Attorney for Defendant
                    111 W. Washington St., Suite 1525
                    Chicago, Illinois 60602

John B. Wolf (ARDC No. 6287700)
Regas, Frezados & Dallas, LLP
Attorneys for Defendant
111 W. Washington St., Suite 1525
Chicago, Illinois 60602
Phone (312) 236-4400