IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
CASE NO.: 1:07-CV-6610

DISABLED PATRIOTS OF AMERICA, INC., a Florida Not-For-Profit Corporation, and BONNIE KRAMER, Individually

       Plaintiffs,

v.

ANU Enterprises, an Illinois Corporation,

       Defendant.
_____/

## NOTICE OF MOTION

      PLEASE TAKE NOTICE that on **August 27, 2008, at 9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Arlander Keys, or any Judge sitting in her staid, in courtroom 2230 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Agreed Motion to Strike Status.**

                                      IMNY, CHICAGO, LLC

                                      By:   s/ John B. Wolf (6287700)_
                                      Regas, Frezados & Dallas, LLP
                                      Attorney for Defendant
                                      111 W. Washington St., Suite 1525
                                      Chicago, Illinois 60602

John B. Wolf (ARDC No. 6287700)
William D. Dallas (ARDC No. 618678)
Regas, Frezados & Dallas, LLP
Attorney for Defendant
111 W. Washington St., Suite 1525
Chicago, Illinois 60602
Phone (312) 236-4400