# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6610 | **DATE** | 8/27/2008 |
| **CASE TITLE** | Disabled Patriots of America, Inc. et al vs. ARUN Enterprises, Inc. | | |

**DOCKET ENTRY TEXT**

Defendant's motion to strike status hearing [33] is granted. Status hearing set for 8/27/08 at 9:00 a.m. is stricken. Parties have informed the court that the case has been settled, but still need additional time to complete the settlement documents. Status hearing is set for 9/17/08 at 9:00 a.m. If a Stipulation to Dismiss is filed prior, the parties need not appear for status. *AK*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | LCW |
|---|---|---|