IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
CASE NO.: 1:07-CV-6610

DISABLED PATRIOTS OF AMERICA, INC., a Florida Not-For-Profit Corporation, and BONNIE KRAMER, Individually

        Plaintiffs,

v.

ANU Enterprises, an Illinois Corporation,

        Defendant.
_____/

## STIPULATION FOR APPROVAL AND ENTRY OF CONSENT DECREE AND DISMISSAL OF CASE WITH PREJUDICE

Plaintiffs and Defendant, by and through undersigned counsel, hereby move this Court to approve and enter judgment on the Proposed Consent Decree annexed hereto as Exhibit A ("the Consent Decree").

Pursuant to Title III of the Americans with Disabilities Act this Court is authorized to enter a Consent Decree requiring a public accommodation to alter facilities to make such facilities readily accessible to and useable by individuals with disabilities to the extent required by Subchapter III of Chapter 126 of Title 42 of the United States Code. 42 USC § 12188 (a)(2) 2000.

Wherefore, Plaintiffs and Defendant respectfully request this Court to approve and enter judgment on the Consent Decree and retain jurisdiction to enforce the Consent Decree and Dismiss the Case with Prejudice.

Jerome G. Silbert, Esquire
**JEROME G. SILBERT,**
**ATTORNEY AT LAW**
10 S. Riverside Dr., Suite 1020
Chicago, IL 60606
Tel: (312) 207-0181
Fax: (312) 207-1332

**FULLER, FULLER & ASSOCIATES, P.A.**
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
Tel: (305) 891-5199
Fax: (305) 893-9505

By: __/s/ **Thomas B. Bacon**
　　Thomas B. Bacon, Esq.

Date:____**September 12, 2008**

John B. Wolf, Esq.
**REGAS, FREZADOS & DALLAS, LLP**
111 W. Chicago St., Suite 1525
Chicago, IL 60602
Tel: (312)236-4400
Fax: (312)236-1129

By: _/s/ **John B. Wolf**_____
　　John B. Wolf, Esq.

Date:__**September 12, 2008**